ORIGINAL   ORIGINAL

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

United States of America

        Plaintiff(s),

vs.

Choon-Ja Miller (06),
(Choon-Ja Cho)
        Defendant(s).

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 22 2008

at \_\_9\_\_ o'clock and \_\_50\_\_ min \_A\_ M.
SUE BEITIA, CLERK

CR 02-00552-DAE-06

Korea passport

NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Kevin S. C. Chang United States Magistrate Judge in the above-entitled case, Passport Number HL0018995 issued at Republic of Korea, on August 28, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on December 30, 2002 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

    Date of Birth:      ■■■■■ 1930

    Place of Birth:     Korea

Dated at Honolulu, Hawaii on December 30, 2002.

                                              WALTER A.Y.H. CHINN, Clerk

                                              By: _____
                                                             Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 8/22/08                Signature: X_____
                                                                   Owner of Passport